*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 25, 2014                518543
_____

In the Matter of the Claim of
    ADINA C. WISE,
                        Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   August 4, 2014

Before:   Peters, P.J., Lahtinen, Stein, McCarthy and Rose, JJ.

_____

        Adina C. Wise, Great Neck, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed July 9, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.  No opinion.

        Peters, P.J., Lahtinen, Stein, McCarthy and Rose, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.




                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court